EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Abelardo Sánchez Reyes | 2021 TSPR 9 <br><br> 205 DPR \_\_\_\_\_ |

Número del Caso: TS-6,609

Fecha: 28 de enero de 2021

Abogada de la parte peticionaria:

    Por Derecho Propio

Programa de Educación Jurídica Continua:

    Lcda. María Cecilia Molinelli González

Oficina de Inspección de Notarías

    Lcdo. Manuel E. Ávila De Jesús

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Abelardo Sánchez Reyes

TS-6609

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de enero de 2021.

Examinada la *Moción Solicitando Reinstalación* presentada el 29 de diciembre de 2020, se reinstala al Sr. Abelardo Sánchez Reyes al ejercicio de la abogacía. Se reinstala al ejercicio de la notaría previa presentación de evidencia de que posee una fianza notarial vigente de conformidad con el Artículo 7 de la Ley Notarial de Puerto Rico, 4 LPRA sec. 2011.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo